## LANGLEY *v.* LANGLEY.

Where evidence of a confession is the sole support of a libel for divorce on the ground of adultery, a nonsuit is not erroneous.

No. 6006. OCTOBER 14, 1927.

Libel for divorce. Before Judge Humphries. Fulton superior court. March 28, 1927.

*Howard Stevens,* for plaintiff.

*John A. Boykin, solicitor-general,* for defendant.

GILBERT, J. This is a suit for divorce based upon the ground of adultery. The only evidence tending to support the petition

Divorce, 19 C. J. p. 135, n. 46, 48, 50; p. 137, n. 79.

was that of a confession. The court directed a nonsuit, and the petitioner excepted. No error was thus committed. "The confessions of a party to acts of adultery or cruel treatment should be received with great caution, and if unsupported by corroborating circumstances, and made with a view to be evidence in the cause, should not be deemed sufficient to grant a divorce." Civil Code (1910), § 2949; *Head* v. *Head,* 2 *Ga.* 191, 210; *Buckholts* v. *Buckholts,* 24 *Ga.* 238; *Woolfolk* v. *Woolfolk,* 53 *Ga.* 661; *Rorie* v. *Rorie,* 132 *Ga.* 719, 724 (64 S. E. 1070).

*Judgment affirmed. All the Justices concur.*